```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    DANIEL S. GOODMAN (Cal. State Bar No.: 126728)
 4  Assistant United States Attorney
    Deputy Chief, Criminal Division
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-4667
 7       Facsimile:  (213) 894-0141
         E-mail: daniel.goodman@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 89-536-CBM |
|---|---|---|
| Plaintiff, | ) | ORDER |
| v. | ) | |
| ISMAEL ACUNA MONTERO, | ) | |
| Defendant. | ) | |

Having considered the government's motion, IT IS HEREBY ORDERED that the indictment in the above-captioned case be DISMISSED WITHOUT PREJUDICE as to defendant Ismael Acuna Montero.

IT IS FURTHER ORDERED that the arrest warrant issued July 3, 1989, against defendant Ismael Acuna Montero in this case be recalled.

DATED: January 12, 2009.

HON. CONSUELO B. MARSHALL
United States District Judge